**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6066**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DUNTE ELAIR ROSE,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg. Michael F. Urbanski, District Judge. (5:13-cr-00030-MFU-4)

Submitted: July 29, 2016         Decided: August 4, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry W. Shelton, Federal Public Defender, Lisa Marie Lorish, Assistant Federal Public Defender, Charlottesville, Virginia, for Appellant. John P. Fishwick, Jr., United States Attorney, Craig Jacobsen, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dunte Elair Rose appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Rose, No. 5:13-cr-00030-MFU-4 (W.D. Va. Jan. 19, 2016); see United States v. Brown, 653 F.3d 337, 340 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED